UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHON OLIVENTA WILLIAMS,

        Petitioner,

  v.

L. BIRD,

        Respondent.

No. 2:21-cv-0658 DB P

ORDER

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      The application attacks a conviction issued by the Superior Court of California, County of Los Angeles. (ECF No. 1 at 1.) While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

////

////

////

////

////

////

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This matter is transferred to the United States District Court for the Central District of California.

Dated: April 17, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Habeas/will0658.108